UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DAVID JOHN LESPERANCE, CASEY CUSICK, AND JAMES VARNELL CUSICK JR.,**<br><br>**Defendants.** | Criminal Action No. 21-575 (JDB) |

## ORDER

It is hereby **ORDERED** that the judgment imposed at the sentencing hearing on October 12, 2023 as to Counts 1 and 2 is amended as follows:

Upon release from imprisonment, all Defendants are sentenced to Twelve (12) months of supervised release, rather than Twenty-Four (24) months of supervised release.

/s/
JOHN D. BATES
United States District Judge

Dated: October 17, 2023

1